# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RAYMOND B. JOHNSON  
2320 FREMONT STREET  
ROCKFORD, IL  61103

SSN-xxx-xx-7322

Case Number: 06-70346

Case filed on: 3/14/2006  
Plan Confirmed on: 5/26/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,034.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 159.00 | 159.00 | 159.00 | 0.00 |
|  | Total Administration | 159.00 | 159.00 | 159.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,251.08 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,251.08 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT PROTECTION ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 509.88 | 509.88 | 0.00 | 0.00 |
| 020 | SANDY GRIEVES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 509.88 | 509.88 | 0.00 | 0.00 |
| 999 | RAYMOND B. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 4,550.99 | 2,200.00 | 1,304.43 | 116.41 |
| 019 | TROY NICHOLS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,550.99 | 2,200.00 | 1,304.43 | 116.41 |
| 001 | HEIGHTS FINANCE | 0.00 | 2,350.99 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 1,226.25 | 1,226.25 | 0.00 | 0.00 |
| 006 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATED COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LORIE IRELAN | 6,461.00 | 6,461.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 405.10 | 405.10 | 0.00 | 0.00 |
| 015 | NATIONAL ACT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE CORP | 299.13 | 299.13 | 0.00 | 0.00 |
| 018 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR GAS | 110.09 | 110.09 | 0.00 | 0.00 |
|  | Total Unsecured | 8,501.57 | 10,852.56 | 0.00 | 0.00 |
|  | Grand Total: | 16,221.44 | 16,221.44 | 3,714.51 | 116.41 |

Total Paid Claimant:     $3,830.92  
Trustee Allowance:       $203.08  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan